■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v PAUL URBINELLI, Appellant. [602 NYS2d 393] —Judgment, Supreme Court, Bronx County (Robert Seewald, J.), rendered

May 1, 1991, convicting defendant, after a jury trial, of two counts of robbery in the first degree, and sentencing him to concurrent terms of 3⅓ to 10 years, unanimously affirmed.

The People met their burden of establishing the voluntariness of defendant's statement beyond a reasonable doubt *(People v Rosa,* 65 NY2d 380, 386). The suppression court properly found defendant's assertions of physical abuse patently incredible *(People v Prochilo,* 41 NY2d 759, 761) and we discern no basis to disturb that determination.

The court properly denied defense counsel's request for a missing witness charge. Counsel's request was untimely and lacked sufficient specificity *(People v Gonzalez,* 68 NY2d 424, 427-428).

The court's comprehensive instruction with respect to proper notetaking by the jury cured any possible prejudice that might have occurred as a result of the previous passing of notes among jurors during readback. Any prospective problem was cured by the court's directive prohibiting further notetaking *(People v Tucker,* 77 NY2d 861; *People v DiLuca,* 85 AD2d 439, 445-446).

We have considered defendant's remaining claims and find them to be without merit. Concur—Sullivan, J. P., Ellerin, Kupferman and Nardelli, JJ.